1  Jennifer Sun (State Bar No. 238942)
   jennifersun@jonesday.com
2  JONES DAY
   3161 Michelson Drive. Suite 800
3  Irvine, CA 92612.4408
   Telephone: (949) 851-3939
4  Facsimile: (949) 553-7539

JS-6

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10
11 MICHAEL GENTRY,                Case No. 8:15-cv-01503 JVS (JCGx)
12         Plaintiff,             Hon. James V. Selna
13    vs.                         **ORDER ON STIPULATION FOR
                                  DISMISSAL WITH PREJUDICE
14 EXPERIAN INFORMATION           OF ENTIRE ACTION**
   SOLUTIONS, INC.,
15                                Complaint filed: September 17, 2015
           Defendant.
16
17
18     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff
19 Michael Gentry's claims against Defendant Experian Information Solutions, Inc.,
20 and this entire action, are dismissed with prejudice. The Court shall retain
21 jurisdiction to enforce the terms of the settlement. Each party shall bear its own
22 attorneys' fees and costs incurred herein.
23
24
25 Dated: August 18, 2016      _____
                               HON. JAMES V. SELNA
26                             United States District Judge
27
28
                                         ORDER ON STIPULATION FOR DISMISSAL
                                         Case No. 8:15-cv-01503 JVS (JCGx)